**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-6684**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CAMILLE FORD,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CR-94-163-18-2)

───────────────

Submitted:  June 20, 2002                Decided:  June 27, 2002

───────────────

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Camille Ford, Appellant Pro Se.  Laura P. Tayman, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Camille Ford appeals the district court's order denying her motion for modification of sentence. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Ford</u>, No. CR-94-163-18-2 (E.D. Va., filed Apr. 10, 2002; entered Apr. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>